NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0160n.06
Filed: March 2, 2005

No. 04-1042

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| IGOR MOISEEFF, | ) | |
| | ) | ON APPEAL FROM THE |
| *Plaintiff-Appellant,* | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| v. | ) | DISTRICT OF MICHIGAN |
| | ) | |
| DAIMLERCHRYSLER CORPORATION, | ) | **O P I N I O N** |
| | ) | |
| *Defendant-Appellee.* | ) | |

BEFORE:    BATCHELDER, COLE, Circuit Judges, RUSSELL, District Judge[*]

**PER CURIAM**.  Plaintiff-Appellant Igor Moiseeff appeals the district court's grant of summary judgment to Defendant-Appellee DaimlerChrysler Corporation in this case brought pursuant to the Family Medical Leave Act ("FMLA").  29 U.S.C. § 2601 et seq.  The district court found that Moiseeff did not establish a *prima facie* case of retaliation under the FMLA because he failed to show a causal connection between his FMLA-protected leave and his discharge.  In the alternative, the court found that Moiseeff failed to show that DaimlerChrysler's legitimate, non-discriminatory reason for discharge was pretextual.

This Court reviews a district court's grant of summary judgment *de novo*.  *McKay v. Toyota Motor Mfg., USA, Inc.*, 110 F.3d 369, 372 (6th Cir. 1997).  We have reviewed the record and the parties' submissions.  For substantially the same reasons set forth in the district court's

---

[*] The Honorable Thomas B. Russell of the United States District Court for the Western District of Kentucky, sitting by designation.

*No. 04-1042*
*Moiseeff v. DaimlerChrysler*

comprehensive opinion dated November 21, 2003, we **AFFIRM** the grant of summary judgment.